# CHARLESTON.

## BALL *v.* KEARNS *et al.*

Submitted January 13, 1896—Decided March 21, 1896.

REVERSAL—INCOMPETENT EVIDENCE.

> A decree appearing plainly right from the competent evidence in the case will not be reversed because of the admission of incompetent evidence.

DENT, JUDGE:

This case is in all respects similar to the case of plaintiff against Henry W. Stewart, 41 W. Va. 654 (24 S. E. 632) except the land in controversy is a tract of fifty five and one half acres, purchased from plaintiff's husband before separation. In the conveyance, plaintiff refused to join, and now claims her dower.

For the same reasons given in the former case, the decree in this case is affirmed.